IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          2:17-cr-242
                              Judge Marbley

David L. Dobbins

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 36) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Counts 1-5 and 7 of the Superseding Indictment, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 25, 2018          s\Algenon L. Marbley
                                        Algenon L. Marbley
                                        United States District Judge